# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

RICHARD A. SPRAGUE, ESQUIRE AND : No. 18 EAP 2017
LYNNE M. ABRAHAM, ESQUIRE,  :
                             :
            Appellants       :
                             :
            v.               :
                             :
R. SETH WILLIAMS,            :
                             :
            Appellee         :
                             :
                             :
                             :
                             :
                             :
                             :
                             :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of June, 2017, the Application for Leave to File a Brief in Reply is granted. Notice of Appeal is transferred to the Superior Court. *See Commonwealth v. Spano*, 701 A.2d 566 (Pa. 1997); Pa.R.A.P. 751(a).